1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

9
10

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation<br><br>    Plaintiff,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:14-cv-02885-JAM-KJN<br><br>**ORDER ON STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANT'S PENDING MOTION TO DISMISS**<br><br>Date:  March 11, 2015<br>Time:  9:30 a.m.<br>Ctrm:  6, 14th Floor |

11-22 (line numbers)

23  Pursuant to a stipulation of Plaintiff ST. PAUL FIRE & MARINE
24  INSURANCE COMPANY (hereinafter, referred to as "ST. PAUL") and Defendant
25  CENTEX HOMES (hereinafter referred to as "CENTEX" or "Defendant") and for
26  good cause showing:
27     **IT IS HEREBY ORDERED THAT** ST. PAUL is granted leave to file a First
28  Amended Complaint by March 16, 2015;

1

Case No.: 2:14-cv-02885-JAM-KJN
[PROPOSED] ORDER ON STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANT'S PENDING MOTION TO DISMISS

**IT IS FURTHER ORDERED THAT** CENTEX's pending motion to dismiss [Dkt. No. 7] is accordingly moot, thus the pending hearing is vacated

**SO ORDERED.**

Dated: 2/24/2015

/s/ John A. Mendez
Hon. John A. Mendez

2

Case No.: 2:14-cv-02885-JAM-KJN
[PROPOSED] ORDER ON STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANT'S PENDING MOTION TO DISMISS