**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Jason Y. Chao, Esq. (SBN 250735)
Seaton Tsai, Esq. (SBN 271408)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jchao@aguileragroup.com
stsai@aguileragroup.com

Attorneys for Plaintiff, ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:14-CV-02885-JAM-KJN<br><br>The Honorable John A. Mendez<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

Pursuant to the Stipulation to Dismiss Action Without Prejudice submitted by the parties, IT IS HEREBY ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

SO ORDERED:

Dated: February 4, 2016          /s/ John A. Mendez_____
                                 United States District Court Judge